*311 HAMITER, Justice
(dissenting).
The Fifth Amendment to the Constitution of the United States, reciting that no person “shall be compelled in any criminal case to be a witness against himself” and on which the majority apparently rely, affords no protection to this defendant for the reason that it is without effect as to criminal proceedings in a state court such as the one with which we are presented concerned. Twining v. State of New Jersey, 211 U.S. 78, 29 S.Ct. 14, 53 L.Ed. 97; Palko v. Connecticut, 302 U.S. 319, 58 S.Ct. 149, 82 L.Ed. 288; Adamson v. California, 332 U.S. 46, 67 S.Ct. 1672, 91 L.Ed. 1903; State v. Kraft, 214 La. 351, 37 So.2d 815; State v. Rodrigues, 219 La. 217, 52 So.2d 756.
I respectfully dissent.